# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RICHARD MARSHALL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:06CV652** |
| **vs.** ) | |
| ) | **ORDER** |
| **MERCK & CO., INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the court on defendant's Motion to stay all proceedings pending its transfer to *In re VIOXX Mktg., Sales Practices & Prods. Liabl. Litig.*, MDL No. 1657. For good cause shown,

**IT IS ORDERED** that the Motion to Stay [7] is granted.

**DATED October 23, 2006.**

          **BY THE COURT:**

          **s/ F.A. Gossett**
          **United States Magistrate Judge**