A CERTIFIED TRUE COPY

NOV 16 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 17 PM 12: 27

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-71)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,677 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



# SCHEDULE CTO-71 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 06-866 | Jimmy R. Jackson, Sr., et al. v. Merck & Co., Inc. | 06-10070 |
| **ALABAMA NORTHERN** | | |
| ALN 2 06-1936 | Jacqueline S. Wright v. Merck & Co., Inc. | 06-10071 |
| ALN 2 06-1957 | Rodolfo Vargas, et al. v. Merck & Co., Inc. | 06-10072 |
| ALN 2 06-1967 | Brenda Smith v. Merck & Co., Inc. | 06-10073 |
| ALN 2 06-1968 | Beverly Kelly v. Merck & Co., Inc. | 06-10074 |
| ALN 2 06-1969 | Terrell Palmore v. Merck & Co., Inc. | 06-10075 |
| ALN 2 06-1970 | Dorothy Arwood v. Merck & Co., Inc. | 06-10076 |
| ALN 3 06-1977 | Anna Baugher, et al. v. Merck & Co., Inc. | 06-10077 |
| ALN 4 06-1958 | Howard G. Smith v. Merck & Co., Inc. | 06-10078 |
| **ALABAMA SOUTHERN** | | |
| ALS 1 06-608 | Raymond Williams, et al. v. Merck & Co., Inc. | 06-10079 |
| ALS 1 06-609 | Georgina Nelson, et al. v. Merck & Co., Inc. | 06-10080 |
| **ARKANSAS WESTERN** | | |
| ARW 3 06-3061 | Lynne Carlson v. Merck & Co., Inc. | 06-10081 |
| ARW 4 06-4086 | Patrick Wooldridge v. Merck & Co., Inc. | 06-10082 |
| **ARIZONA** | | |
| AZ 2 06-2327 | Terrance Law v. Merck & Co., Inc. | 06-10083 |
| AZ 2 06-2328 | Patricia Sovacool, et al. v. Merck & Co., Inc. | 06-10084 |
| AZ 2 06-2329 | Jamal Daiza v. Merck & Co., Inc. | 06-10085 |
| AZ 2 06-2330 | Rose Soto, et al. v. Merck & Co., Inc. | 06-10086 |
| AZ 4 06-505 | Brenda Maley v. Merck & Co., Inc. | 06-10087 |
| AZ 4 06-506 | Mary Lou Amarillas, et al. v. Merck & Co., Inc. | 06-10088 |
| AZ 4 06-507 | Olivia L. Encinas, et al. v. Merck & Co., Inc. | 06-10089 |
| AZ 4 06-508 | Manuel Grajeda, et al. v. Merck & Co., Inc. | 06-10090 |
| AZ 4 06-509 | Richard A. Naas, et al. v. Merck & Co., Inc. | 06-10091 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6199 | Bonita A. Garcia-Deleon, et al. v. Merck & Co., Inc. | 06-10092 |
| CAC 2 06-6264 | Mary Jackson, et al. v. Merck & Co., Inc. | 06-10093 |
| CAC 5 06-1055 | Linda Davis v. Merck & Co., Inc. | 06-10094 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2177 | Jordan Aqui v. Merck & Co., Inc. | 06-10095 |
| **CALIFORNIA SOUTHERN** | | |
| ~~CAS 3 06-2115~~ | ~~Denise Radovan-Alfonso v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2116~~ | ~~Francisco Silva v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2117~~ | ~~Maria Santiago v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2118~~ | ~~James Rhodes v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2119~~ | ~~Mark Williams v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2120~~ | ~~Vickie Brendel v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2121~~ | ~~Perseveranda Smith v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |
| ~~CAS 3 06-2122~~ | ~~Fred Black, Sr. v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 |

EDLA
SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| CAS 3 06-2123 | Jean Cardinal-McQuery v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2124 | Bella Jacobs v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2125 | Larry Valenti v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2126 | Patricia Martinez v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2127 | Patricia May Hilliard v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2128 | Jan Schmidt v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2129 | Steven Hampton v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2130 | Jean McNeese v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2131 | Dale Lloyd v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2132 | Augustin Hernandez v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2133 | Kenneth Lowry v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2134 | Donna Hall v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2135 | Jacqueline Lowry v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2136 | Dolores Lloyd v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2137 | Brian Coit v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2138 | Juan Silva v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2139 | Frances Bushong v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2152 | Maria Osuna v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2153 | Thomas Perfetto v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2154 | Randy Valentine v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2155 | Andres De Casas v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2156 | Anna Combite v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2157 | S. Anne Hamilton v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2158 | Aloysius Kremer v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2159 | Winifred Morris v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2160 | Darnell Hudson v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2161 | Viola Kremer v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2163 | Marietta Orpilla v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2164 | Joyce Perfetto v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2165 | Amineh Younis v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| CAS 3 06-2166 | Ahmad Younis v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| **CONNECTICUT** | | | |
| CT 3 06-1525 | David L. Levengood, et al. v. Merck & Co., Inc. | | 06-10096 |
| CT 3 06-1526 | Lynn Dyes, et al. v. Merck & Co., Inc. | | 06-10097 |
| **DISTRICT OF COLUMBIA** | | | |
| DC 1 06-1660 | Marcus Rosenlehner, et al. v. Merck & Co., Inc. | | 06-10098 |
| **FLORIDA MIDDLE** | | | |
| FLM 8 06-1806 | Louise M. Griffin, etc. v. Merck & Co., Inc., et al. | Opposed 11/16/06 | |
| **FLORIDA SOUTHERN** | | | |
| FLS 0 06-61450 | Cheryl D. Ailer, et al. v. Merck & Co., Inc. | | 06-10099 |
| FLS 0 06-61453 | Elizabeth Price v. Merck & Co., Inc. | | 06-10100 |
| FLS 0 06-61475 | Beverly Needleman, etc. v. Merck & Co., Inc. | | 06-10101 |
| FLS 1 06-22443 | Wellington Humes, etc. v. Merck & Co., Inc. | | 06-10102 |
| FLS 1 06-22444 | Saul Kapilivsky, etc. v. Merck & Co., Inc. | | 06-10103 |
| **GEORGIA NORTHERN** | | | |
| GAN 1 06-2345 | Rudolph Posey v. Merck & Co., Inc. | | 06-10104 |
| GAN 1 06-2346 | Elmer G. Cleveland, et al. v. Merck & Co., Inc. | | 06-10105 |
| **HAWAII** | | | |
| HI 1 06-543 | John R. McClelland, et al. v. Merck & Co., Inc., et al. | Opposed 11/14/06 | |

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **IOWA SOUTHERN** | | | |
| IAS  4  06-510 | Ronald Sowden, et al. v. Merck & Co., Inc. | | 06-10106 |
| **ILLINOIS NORTHERN** | | | |
| ILN  1  06-4906 | Janet M. Schierenbeck, et al. v. Merck & Co., Inc. | | 06-10107 |
| **ILLINOIS SOUTHERN** | | | |
| ~~ILS  3  06-760~~ | ~~Pat Young, etc. v. Merck & Co., Inc., et al.~~ | Opposed 11/16/06 | |
| ILS  3  06-767 | Sue Ann Archer, et al. v. Merck & Co., Inc. | | 06-10108 |
| **INDIANA SOUTHERN** | | | |
| INS  1  06-1439 | Buddy Booth, et al. v. Merck & Co., Inc. | | 06-10109 |
| INS  3  06-161 | Harriet T. Byrer, et al. v. Merck & Co., Inc. | | 06-10110 |
| **KANSAS** | | | |
| KS  2  06-2418 | Jeffry Brooks v. Merck & Co., Inc. | | 06-10111 |
| KS  2  06-2419 | Carol Purcell v. Merck & Co., Inc. | | 06-10112 |
| KS  6  06-1289 | Ransom Hall v. Merck & Co., Inc. | | 06-10113 |
| **LOUISIANA WESTERN** | | | |
| LAW  2  06-1690 | Leslie Malcolm Savoie v. Merck & Co., Inc. | | 06-10114 |
| **MASSACHUSETTS** | | | |
| MA  1  06-11760 | Daniel Czarnecki, etc. v. Merck & Co., Inc. | | 06-10115 |
| **MARYLAND** | | | |
| MD  8  06-2555 | Ruby Simons v. Merck & Co., Inc. | | 06-10116 |
| **MINNESOTA** | | | |
| MN  0  06-3888 | Lois Armstrong, et al. v. Merck & Co., Inc. | | 06-10117 |
| MN  0  06-3889 | Dorothy Bartelle, et al. v. Merck & Co., Inc. | | 06-10118 |
| MN  0  06-3890 | Ronald Dooley, et al. v. Merck & Co., Inc. | | 06-10119 |
| MN  0  06-3893 | Andrew Goodwin, et al. v. Merck & Co., Inc. | | 06-10120 |
| MN  0  06-3894 | Larry Jantzen, et al. v. Merck & Co., Inc. | | 06-10121 |
| MN  0  06-3895 | Charlotte Keil, et al. v. Merck & Co., Inc. | | 06-10122 |
| MN  0  06-3896 | Henry Kulas, et al. v. Merck & Co., Inc. | | 06-10123 |
| MN  0  06-3897 | Marlon Lamb, et al. v. Merck & Co., Inc. | | 06-10124 |
| MN  0  06-3898 | Mary Mardis v. Merck & Co., Inc. | | 06-10125 |
| MN  0  06-3899 | Robert W. Montgomery, et al. v. Merck & Co., Inc. | | 06-10126 |
| MN  0  06-3900 | Boris Buchak, et al. v. Merck & Co., Inc., et al. | | 06-10127 |
| MN  0  06-4117 | Sylvia Brown, et al. v. Merck & Co., Inc., et al. | | 06-10128 |
| **MISSOURI EASTERN** | | | |
| ~~MOE  4  06-1435~~ | ~~Velva Trammel, et al. v. Merck & Co., Inc.~~ | Opposed 11/16/06 | |
| **MISSOURI WESTERN** | | | |
| MOW  4  06-849 | Joann Raveill, et al. v. Merck & Co., Inc. | | 06-10129 |
| **MISSISSIPPI SOUTHERN** | | | |
| MSS  3  06-543 | Robert L. Scott v. Merck & Co., Inc. | | 06-10130 |
| MSS  5  06-131 | John D. Nix v. Merck & Co., Inc. | | 06-10131 |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC. L/3 |
|---|---|---|
| **NORTH CAROLINA WESTERN** | | |
| NCW 1 06-318 | George W. Melton, et al. v. Merck & Co., Inc. | 06-10132 |
| NCW 3 06-406 | Thomas A. Sturdivant, et al. v. Merck & Co., Inc. | 06-10133 |
| NCW 3 06-407 | Mary M. Howard v. Merck & Co., Inc. | 06-10134 |
| NCW 3 06-408 | Suzanne M. Staton, et al. v. Merck & Co., Inc. | 06-10135 |
| NCW 5 06-126 | Hazel E. Hagler v. Merck & Co., Inc. | 06-10136 |
| NCW 5 06-127 | George C. Trivett, Jr., et al. v. Merck & Co., Inc. | 06-10137 |
| **NEBRASKA** | | |
| NE 4 06-3229 | David W. Bindel, et al. v. Merck & Co, Inc. | 06-10138 |
| NE 4 06-3230 | Ivan E. Taege, et al. v. Merck & Co., Inc. | 06-10139 |
| NE 4 06-3231 | Hans J. Kaiser, et al. v. Merck & Co., Inc. | 06-10140 |
| NE 4 06-3232 | Dee Anna Kaiser, et al. v. Merck & Co., Inc. | 06-10141 |
| NE 4 06-3233 | Lavern G. Bieker, et al. v. Merck & Co., Inc. | 06-10142 |
| NE 4 06-3234 | Oran J. Obering, et al. v. Merck & Co., Inc. | 06-10143 |
| NE 8 06-633 | Angela Stephens, etc. v. Merck & Co., Inc. | 06-10144 |
| NE 8 06-651 | Robert Reiling v. Merck & Co., Inc. | 06-10145 |
| NE 8 06-652 | Richard Marshall v. Merck & Co., Inc. | 06-10146 |
| **NEW JERSEY** | | |
| NJ 2 06-4553 | Denise Maki v. Merck & Co., Inc. | 06-10147 |
| NJ 2 06-4554 | Diane Dickelman v. Merck & Co., Inc. | 06-10148 |
| NJ 2 06-4561 | Thomas M. Stuckey v. Merck & Co., Inc. | 06-10149 |
| NJ 2 06-4650 | Brenda J. Bolden v. Merck & Co., Inc. | 06-10150 |
| NJ 3 06-4562 | Frances Alene Cabbell, et al. v. Merck & Co., Inc. | 06-10151 |
| NJ 3 06-4600 | Timothy Cox, et al. v. Merck & Co., Inc. | 06-10152 |
| NJ 3 06-4601 | Dianne Kimm, et al. v. Merck & Co., Inc. | 06-10153 |
| NJ 3 06-4602 | Tina Hanners, et al. v. Merck & Co., Inc. | 06-10154 |
| NJ 3 06-4603 | Robert Lee Garry, et al. v. Merck & Co., Inc. | 06-10155 |
| NJ 3 06-4604 | Meridith Gray, et al. v. Merck & Co., Inc. | 06-10156 |
| NJ 3 06-4605 | Vern Bronson, et al. v. Merck & Co., Inc. | 06-10157 |
| NJ 3 06-4606 | Bobby W. Myatt, et al. v. Merck & Co., Inc. | 06-10158 |
| NJ 3 06-4607 | Wilma Adair, et al. v. Merck & Co., Inc. | 06-10159 |
| NJ 3 06-4609 | Sherrill Grove, et al. v. Merck & Co., Inc. | 06-10160 |
| NJ 3 06-4611 | Donald Hertig, et al. v. Merck & Co., Inc. | 06-10161 |
| NJ 3 06-4613 | Oliver Skeet, et al. v. Merck & Co., Inc. | 06-10162 |
| NJ 3 06-4614 | Dana D'Zurella, et al. v. Merck & Co., Inc. | 06-10163 |
| NJ 3 06-4617 | Wanda Houtz, et al. v. Merck & Co., Inc. | 06-10164 |
| NJ 3 06-4618 | Gloria Davis, et al. v. Merck & Co., Inc. | 06-10165 |
| NJ 3 06-4643 | Melissa Clark, et al. v. Merck & Co., Inc. | 06-10166 |
| NJ 3 06-4644 | Dorothy Aus, et al. v. Merck & Co., Inc. | 06-10167 |
| NJ 3 06-4645 | Toby Traven, et al. v. Merck & Co., Inc. | 06-10168 |
| NJ 3 06-4647 | Joe Hayes, etc. v. Merck & Co., Inc. | 06-10169 |
| NJ 3 06-4649 | Beulah Martin, et al. v. Merck & Co., Inc. | 06-10170 |
| NJ 3 06-4651 | Judith Burton, et al. v. Merck & Co., Inc. | 06-10171 |
| NJ 3 06-4652 | Yaw Kra, et al. v. Merck & Co., Inc. | 06-10172 |
| NJ 3 06-4653 | Margie Acey, et al. v. Merck & Co., Inc. | 06-10173 |
| NJ 3 06-4654 | Iva Laws, et al. v. Merck & Co., Inc. | 06-10174 |
| NJ 3 06-4655 | Patricia Barrell, et al. v. Merck & Co., Inc. | 06-10175 |
| NJ 3 06-4658 | Charles Evans, et al. v. Merck & Co., Inc. | 06-10176 |
| NJ 3 06-4659 | Kaye Mangin, et al. v. Merck & Co., Inc. | 06-10177 |
| NJ 3 06-4660 | Alta Abston, et al. v. Merck & Co., Inc. | 06-10178 |
| NJ 3 06-4662 | Ruth Pannell McNeely, et al. v. Merck & Co., Inc. | 06-10179 |
| NJ 3 06-4688 | Raheela Shaffie, et al. v. Merck & Co., Inc. | 06-10180 |
| NJ 3 06-4691 | Rahnee Williams, etc. v. Merck & Co., Inc. | 06-10181 |
| NJ 3 06-4759 | Gary Fernandez v. Merck & Co., Inc. | 06-10182 |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)                                    Page 5 of 10

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **NEW YORK EASTERN** | | | |
| NYE 2 06-5188 | Dennis King v. Merck & Co., Inc. | | 06-10183 |
| **NEW YORK SOUTHERN** | | | |
| NYS 1 06-7735 | Mark R. Worthley, et al. v. Merck & Co., Inc. | | 06-10184 |
| ~~NYS 1 06-7745~~ | ~~Elena Strujan v. Merck & Co., Inc.~~ | Opposed 11/9/06 | |
| NYS 1 06-7843 | Skender Veli Doci, et al. v. Merck & Co., Inc. | | 06-10185 |
| **OHIO NORTHERN** | | | |
| OHN 1 06-2286 | Bernardina DiChiro v. Merck & Co., Inc. | | 06-10186 |
| OHN 1 06-2293 | William Phalen, et al. v. Merck & Co., Inc. | | 06-10187 |
| OHN 1 06-2294 | Douglas Ryan, et al. v. Merck & Co., Inc. | | 06-10188 |
| OHN 1 06-2296 | Eddie Walls v. Merck & Co., Inc. | | 06-10189 |
| OHN 1 06-2297 | Clara Hatcher, et al. v. Merck & Co., Inc. | | 06-10190 |
| OHN 1 06-2310 | Robert A. Sikon, et al. v. Merck & Co., Inc. | | 06-10191 |
| OHN 1 06-2340 | Howard D. Mills, et al. v. Merck & Co., Inc. | | 06-10192 |
| OHN 1 06-2350 | Carolyn Russ, etc. v. Merck & Co., Inc. | | 06-10193 |
| OHN 1 06-2352 | Jack May v. Merck & Co., Inc. | | 06-10194 |
| OHN 1 06-2354 | Marie Beegle, etc. v. Merck & Co., Inc. | | 06-10195 |
| OHN 1 06-2358 | Antoinette Arcuri v. Merck & Co., Inc. | | 06-10196 |
| OHN 1 06-2363 | Michael Pilarczyk v. Merck & Co., Inc. | | 06-10197 |
| OHN 3 06-2372 | Jimmy H. Poindexter, et al. v. Merck & Co., Inc. | | 06-10198 |
| OHN 4 06-2295 | Marcel Arnal, et al. v. Merck & Co., Inc. | | 06-10199 |
| OHN 4 06-2300 | Lularene Everage, et al. v. Merck & Co., Inc. | | 06-10200 |
| OHN 4 06-2301 | Robert J. Manley, etc. v. Merck & Co., Inc. | | 06-10201 |
| OHN 5 06-2287 | Ruth J. Bond, etc. v. Merck & Co., Inc. | | 06-10202 |
| OHN 5 06-2289 | Kenneth Hablitzel, et al. v. Merck & Co., Inc. | | 06-10203 |
| OHN 5 06-2290 | Dwayne Nicholas, et al. v. Merck & Co., Inc. | | 06-10204 |
| OHN 5 06-2292 | Jack Mitchell v. Merk & Co., Inc. | | 06-10205 |
| OHN 5 06-2298 | Martha Bryant, et al. v. Merck & Co., Inc. | | 06-10206 |
| OHN 5 06-2299 | Frances Welch v. Merck & Co., Inc. | | 06-10207 |
| OHN 5 06-2351 | Kathryn Sporich, etc. v. Merck & Co., Inc. | | 06-10208 |
| OHN 5 06-2353 | Howard Carder, etc. v. Merck & Co., Inc. | | 06-10209 |
| **OHIO SOUTHERN** | | | |
| OHS 1 06-647 | Daniel P. McFarland, et al. v. Merck & Co., Inc. | | 06-10210 |
| OHS 1 06-649 | Verna J. Williams v. Merck & Co., Inc. | | 06-10211 |
| **OKLAHOMA EASTERN** | | | |
| OKE 6 06-388 | Thelma Cates v. Merck & Co., Inc., et al. | | 06-10212 |
| OKE 6 06-393 | Carol J. Bullard, et al. v. Merck & Co., Inc. | | 06-10213 |
| OKE 6 06-398 | Pamela Kay Fink v. Merck & Co., Inc., et al. | | 06-10214 |
| OKE 6 06-399 | Tammy Finger v. Merck & Co., Inc. | | 06-10215 |
| OKE 6 06-400 | Velma Hunter v. Merck & Co., Inc. | | 06-10216 |
| OKE 6 06-401 | Susie Harjo v. Merck & Co., Inc. | | 06-10217 |
| OKE 6 06-402 | Loy R. Bridges v. Merck & Co., Inc. | | 06-10218 |
| OKE 6 06-403 | Lavonne Cogburn v. Merck & Co., Inc. | | 06-10219 |
| OKE 6 06-405 | Donald Rosson v. Merck & Co., Inc. | | 06-10220 |
| OKE 6 06-406 | Mary Gastineau v. Merck & Co., Inc. | | 06-10221 |
| OKE 6 06-408 | Imogene Clift v. Merck & Co., Inc. | | 06-10222 |
| OKE 6 06-409 | Arra Eveline Christian v. Merck & Co., Inc. | | 06-10223 |
| OKE 6 06-410 | Kathleen A. Phelps v. Merck & Co., Inc. | | 06-10224 |
| OKE 6 06-414 | Harold Arnold Pickard, Jr. v. Merck & Co., Inc. | | 06-10225 |
| OKE 6 06-415 | John F. Jackson v. Merck & Co., Inc. | | 06-10226 |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)     Page 6 of 10

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| OKE 6 06-416 | Melba Gibbins v. Merck & Co., Inc. | | 06-10227 |
| OKE 6 06-417 | Louie Fritts v. Merck & Co., Inc. | | 06-10228 |
| OKE 6 06-420 | Shirly Francis v. Merck & Co., Inc. | | 06-10229 |
| OKE 6 06-421 | Marsha Norton v. Merck & Co., Inc. | | 06-10230 |
| OKE 6 06-422 | John Faver v. Merck & Co., Inc. | | 06-10231 |
| OKE 6 06-423 | Jimmy Hurst v. Merck & Co., Inc. | | 06-10232 |
| OKE 6 06-424 | Janice Cole v. Merck & Co., Inc. | | 06-10233 |
| OKE 6 06-426 | Bettye Enberg v. Merck & Co., Inc. | | 06-10234 |
| OKE 6 06-427 | Pauline Engleman v. Merck & Co., Inc. | | 06-10235 |
| OKE 6 06-428 | Ilene Enoch v. Merck & Co., Inc. | | 06-10236 |
| OKE 6 06-429 | Alice Peppers v. Merck & Co., Inc. | | 06-10237 |
| OKE 6 06-430 | Ruth Ross v. Merck & Co., Inc. | | 06-10238 |
| OKE 6 06-431 | Deborah Taylor v. Merck & Co., Inc. | | 06-10239 |
| **OKLAHOMA NORTHERN** | | | |
| OKN 4 06-514 | Patricia Armstrong, etc. v. Merck & Co., Inc. | | 06-10240 |
| OKN 4 06-522 | Delores Tune v. Merck & Co., Inc. | | 06-10241 |
| OKN 4 06-533 | Barbara R. Kupcha, etc. v. Merck & Co., Inc. | | 06-10242 |
| OKN 4 06-534 | Hazel Hartz v. Merck & Co., Inc. | | 06-10243 |
| OKN 4 06-535 | Gloria McCoin v. Merck & Co., Inc. | | 06-10244 |
| OKN 4 06-536 | Virgil Grunden v. Merck & Co., Inc. | | 06-10245 |
| OKN 4 06-544 | Bulinda J. Sherwood v. Merck & Co., Inc. | | 06-10246 |
| OKN 4 06-548 | Mary Parker v. Merck & Co., Inc. | | 06-10247 |
| OKN 4 06-549 | Shirley Stump v. Merck & Co., Inc. | | 06-10248 |
| **OKLAHOMA WESTERN** | | | |
| OKW 5 06-1025 | Leon Wayne Hightower v. Merck & Co., Inc., et al. | | 06-10249 |
| OKW 5 06-1026 | Jackie Gene Cathey v. Merck & Co., Inc. | | 06-10250 |
| ~~OKW 5 06-1030~~ | ~~Stella Claypool v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| OKW 5 06-1032 | Renee Collins v. Merck & Co., Inc., et al. | | 06-10251 |
| OKW 5 06-1033 | Terry Lanham v. Merck & Co., Inc., et al. | | 06-10252 |
| OKW 5 06-1034 | Janey Little v. Merck & Co., Inc., et al. | | 06-10253 |
| OKW 5 06-1043 | Mary Burns v. Merck & Co., Inc. | | 06-10254 |
| OKW 5 06-1044 | Pamela Hoang, etc. v. Merck & Co., Inc. | | 06-10255 |
| OKW 5 06-1045 | Charlie Ridley, etc. v. Merck & Co., Inc. | | 06-10256 |
| OKW 5 06-1049 | Jack Boucher, et al. v. Merck & Co., Inc. | | 06-10257 |
| OKW 5 06-1053 | Koleta Scott, etc. v. Merck & Co., Inc. | | 06-10258 |
| OKW 5 06-1054 | Marquitta Blaine, etc. v. Merck & Co., Inc. | | 06-10259 |
| OKW 5 06-1060 | Mary Coonfield v. Merck & Co., Inc. | | 06-10260 |
| OKW 5 06-1061 | Jody Elaine Elkins v. Merck & Co., Inc. | | 06-10261 |
| OKW 5 06-1066 | Glen E. Gilley, et al. v. Merck & Co., Inc. | | 06-10262 |
| OKW 5 06-1075 | Milton E. Fritts v. Merck & Co., Inc. | | 06-10263 |
| OKW 5 06-1076 | Shirley Ann Ely v. Merck & Co., Inc. | | 06-10264 |
| OKW 5 06-1086 | Barbara Jean Higdon v. Merck & Co., Inc. | | 06-10265 |
| **PENNSYLVANIA EASTERN** | | | |
| PAE 2 06-4205 | Richard S. Boland, et al. v. Merck & Co., Inc., et al. | | 06-10266 |
| PAE 2 06-4255 | James S. Jones, etc. v. Merck & Co., Inc., et al. | | 06-10267 |
| PAE 2 06-4256 | Marjorie Roy, et al. v. Merck & Co., Inc. | | 06-10268 |
| PAE 2 06-4257 | Martin Ralph Barrows, et al. v. Merck & Co., Inc., et al. | | 06-10269 |
| PAE 2 06-4294 | LaDonna King v. Merck & Co., Inc. | | 06-10270 |
| PAE 2 06-4313 | Bobby W. Walden, et al. v. Merck & Co., Inc., et al. | | 06-10271 |
| PAE 2 06-4356 | Hervie Martin v. Merck & Co., Inc., et al. | | 06-10272 |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)                                   Page 7 of 10

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA SEC. L/: |
|---|---|---|---|
| **SOUTH DAKOTA** | | | |
| SD 1 06-1030 | Travis J. Sitter, et al. v. Merck & Co., Inc. | | 06-10273 |
| SD 1 06-1031 | B. Gail Thompson v. Merck & Co., Inc. | | 06-10274 |
| SD 1 06-1032 | Lotus Blechinger v. Merck & Co., Inc. | | 06-10275 |
| SD 1 06-1033 | Danny Collins v. Merck & Co., Inc. | | 06-10276 |
| SD 1 06-1034 | Lila Doud v. Merck & Co., Inc. | | 06-10277 |
| SD 1 06-1035 | Joyce Lund v. Merck & Co., Inc. | | 06-10278 |
| SD 1 06-1036 | Virginia Erickson v. Merck & Co., Inc. | | 06-10279 |
| SD 1 06-1037 | LaVonne Ness v. Merck & Co., Inc. | | 06-10280 |
| **TEXAS EASTERN** | | | |
| TXE 2 06-386 | Oralia F. Alaniz, et al. v. Merck & Co., Inc. | | 06-10281 |
| TXE 2 06-403 | Gay Nell Aaron, et al. v. Merck & Co., Inc. | | 06-10282 |
| TXE 2 06-406 | Addie B. Lee v. Merck & Co., Inc. | | 06-10283 |
| TXE 2 06-410 | Dan Jocoy v. Merck & Co., Inc. | | 06-10284 |
| TXE 2 06-411 | Ronald Ivey v. Merck & Co., Inc. | | 06-10285 |
| TXE 2 06-412 | Billy Helms v. Merck & Co., Inc. | | 06-10286 |
| TXE 2 06-413 | Willie McCleveland v. Merck & Co., Inc. | | 06-10287 |
| TXE 2 06-414 | Barbara Trim, etc. v. Merck & Co., Inc. | | 06-10288 |
| TXE 2 06-415 | Marjorie Walker v. Merck & Co., Inc. | | 06-10289 |
| TXE 2 06-416 | Lisa Webb v. Merck & Co., Inc. | | 06-10290 |
| TXE 4 06-402 | Brenda Mills, et al. v. Merck & Co., Inc. | | 06-10291 |
| TXE 6 06-411 | Lois Ramsey, etc. v. Merck & Co., Inc. | | 06-10292 |
| **TEXAS NORTHERN** | | | |
| ~~TXN 3 06-1748~~ | ~~Rose Fogiel v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| TXN 3 06-1765 | Billie Jean Jenkins v. Merck & Co., Inc. | | 06-10293 |
| TXN 4 06-612 | Sondra S. Light, etc. v. Merck & Co., Inc. | | 06-10294 |
| **TEXAS SOUTHERN** | | | |
| ~~TXS 1 06-150~~ | ~~Dominga R. Castro v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXS 1 06-151~~ | ~~Patricia Hernandez v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXS 1 06-152~~ | ~~Olivia Robinson v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| TXS 1 06-161 | Antonio R. Saavedra v. Merck & Co., Inc., et al. | | 06-10295 |
| ~~TXS 1 06-163~~ | ~~Gwendolyn Ann Herron, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXS 2 06-424~~ | ~~Lucia Gonzalez v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXS 2 06-427~~ | ~~Minerva H. Rosas v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| TXS 2 06-429 | Janie M. Castro, et al. v. Merck & Co., Inc. | | 06-10296 |
| TXS 2 06-430 | Mary C. Valenzuela, et al. v. Merck & Co., Inc. | | 06-10297 |
| TXS 2 06-431 | Nancy Kohn, et al. v. Merck & Co., Inc. | | 06-10298 |
| TXS 2 06-439 | Violanda Rios v. Merck & Co., Inc., et al. | | 06-10299 |
| TXS 3 06-605 | Dominick Valenti v. Merck & Co., Inc., et al. | | 06-10300 |
| TXS 3 06-616 | Ronald Baker, et al. v. Merck & Co., Inc. | | 06-10301 |
| TXS 3 06-621 | Betty N. Derouen v. Merck & Co., Inc. | | 06-10302 |
| TXS 4 06-3071 | Rosie Padgett v. Merck & Co., Inc. | | 06-10303 |
| TXS 4 06-3077 | James Reece, et al. v. Merck & Co., Inc. | | 06-10304 |
| TXS 4 06-3090 | Donald R. Preuninger, et al. v. Merck & Co., Inc. | | 06-10305 |
| ~~TXS 7 06-261~~ | ~~Estela Guerra, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXS 7 06-262~~ | ~~Cristina Hernandez Mendoza v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| TXS 7 06-265 | Oralia Castillo, et al. v. Merck & Co., Inc. | | 06-10306 |
| TXS 7 06-266 | Tiodora Gonzalez, et al. v. Merck & Co., Inc. | | 06-10307 |
| TXS 7 06-267 | Elida Acevedo v. Merck & Co., Inc. | | 06-10308 |
| ~~TXS 7 06-268~~ | ~~Maria Del Carmen Ramirez, et al. v. Merck & Co., Inc.~~ | Opposed 11/15/06 | |
| ~~TXS 7 06-269~~ | ~~Hortencia Rosalez v. Amerisource, Inc., et al.~~ | Opposed 11/15/06 | |
| TXS 7 06-270 | Ofelia Mejia Campos v. Merck & Co., Inc. | | 06-10309 |
| ~~TXS 7 06-278~~ | ~~Maria Gonzalez de Ramirez v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXS 7 06-279~~ | ~~Martha D. Torres v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)

|  |  | EDLA |
|---|---|---|
| DIST. DIV. C.A. # | CASE CAPTION | SEC. L/3 |

TEXAS WESTERN

| DIST. DIV. C.A. # | CASE CAPTION | | EDLA |
|---|---|---|---|
| ~~TXW 1 06-748~~ | ~~Ronnie D. Fox, etc. v. Merck & Co., Inc.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-749~~ | ~~Barbara J. Baxter v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-771~~ | ~~Katherine Arney, et al. v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-772~~ | ~~Eddie Roy Tealer v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-773~~ | ~~Alice Labaj v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | 06-10310 |
| TXW 1 06-774 | Peggy Sue Fetterly, et al. v. Merck & Co., Inc. | | 06-10311 |
| TXW 1 06-775 | James Greer, et al. v. Merck & Co., Inc. | | 06-10312 |
| TXW 1 06-776 | Farahnaz Mojallali, et al. v. Merck & Co., Inc. | | |
| ~~TXW 1 06-779~~ | ~~Ramona Wright v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-786~~ | ~~Jesus Avila v. Merck & Co., Inc.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-805~~ | ~~Jonna Murchison v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | |
| ~~TXW 1 06-806~~ | ~~Brian G. Thompson v. Merck & Co., Inc., et al.~~ | Opposed 11/15/06 | 06-10313 |
| TXW 5 06-837 | Hope Gonzales, et al. v. Merck & Co., Inc. | | |

UTAH

| | | | 06-10314 |
|---|---|---|---|
| UT 1 06-121 | Leonard S. Robb, et al. v. Merck & Co., Inc. | | 06-10315 |
| UT 1 06-122 | Colleen Johnson, et al. v. Merck & Co., Inc. | | 06-10316 |
| UT 2 06-817 | Carolyn Burk v. Merck & Co., Inc. | | 06-10317 |
| UT 2 06-819 | Shirley Vanicsek v. Merck & Co., Inc. | | 06-10318 |
| UT 2 06-821 | Amarjit Bhatia, et al. v. Merck & Co., Inc. | | 06-10319 |
| UT 2 06-824 | Todd Urry Harris v. Merck & Co., Inc. | | 06-10320 |
| UT 2 06-825 | Delores Jones, et al. v. Merck & Co., Inc. | | 06-10321 |
| UT 2 06-830 | Patricia Bates, etc. v. Merck & Co., Inc. | | 06-10322 |
| UT 2 06-858 | Dick Ingram v. Merck & Co., Inc. | | |

VIRGINIA EASTERN

| | | | 06-10323 |
|---|---|---|---|
| VAE 1 06-1103 | Shirley Roberson v. Merck & Co., Inc. | | 06-10324 |
| VAE 1 06-1106 | Hercharan K. Sethi, etc. v. Merck & Co., Inc. | | 06-10325 |
| VAE 1 06-1108 | William Brochu v. Merck & Co., Inc. | | |

VIRGINIA WESTERN

| | | | 06-10326 |
|---|---|---|---|
| VAW 1 06-98 | Robin Lee Thompson v. Merck & Co., Inc. | | 06-10327 |
| VAW 1 06-99 | Dorris Haynes, et al. v. Merck & Co., Inc. | | 06-10328 |
| VAW 5 06-85 | Cheryl S. Goodyear, etc. v. Merck & Co., Inc. | | 06-10329 |
| VAW 7 06-585 | Marsha Ogburn v. Merck & Co., Inc. | | |

WASHINGTON EASTERN

| | | | 06-10330 |
|---|---|---|---|
| WAE 2 06-282 | John Steward, et al. v. Merck & Co., Inc. | | |

WEST VIRGINIA NORTHERN

| | | | 06-10331 |
|---|---|---|---|
| WVN 1 06-144 | Marvin E. Marsh, et al. v. Merck & Co., Inc. | | 06-10332 |
| WVN 1 06-146 | Shirley L. Butcher v. Merck & Co., Inc. | | 06-10333 |
| WVN 2 06-95 | Roger Tingler, et al. v. Merck & Co., Inc. | | |

WEST VIRGINIA SOUTHERN

| | | | 06-10334 |
|---|---|---|---|
| WVS 1 06-754 | Kenneth D. Trent v. Merck & Co., Inc. | | 06-10335 |
| WVS 1 06-755 | Lillie F. Nichols v. Merck & Co., Inc. | | 06-10336 |
| WVS 1 06-756 | Stella Louise Waddell v. Merck & Co., Inc. | | 06-10337 |
| WVS 1 06-757 | Ulysess Grant Perdue v. Merck & Co., Inc. | | 06-10338 |
| WVS 2 06-741 | Loretta Jones, etc. v. Merck & Co., Inc. | | 06-10339 |
| WVS 2 06-742 | Larry Lee Bays, Sr., et al. v. Merck & Co., Inc. | | 06-10340 |
| WVS 2 06-743 | Tammy Rae Combs, etc. v. Merck & Co., Inc. | | 06-10341 |
| WVS 2 06-767 | Gary Neff v. Merck & Co., Inc. | | |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)

Page 9 of 10
EDLA
SEC. L/3

| DIST. DIV. C.A. # | CASE CAPTION | EDLA |
|---|---|---|
| | | 06-10342 |
| WVS 2 06-768 | Cynthia Parker v. Merck & Co., Inc. | 06-10343 |
| WVS 2 06-769 | Glen Rasnick, Jr. v. Merck & Co., Inc. | 06-10344 |
| WVS 2 06-770 | Paul Pierson v. Merck & Co., Inc. | 06-10345 |
| WVS 2 06-771 | Barbara Piper v. Merck & Co., Inc. | 06-10346 |
| WVS 2 06-772 | Donna Hunt v. Merck & Co., Inc. | 06-10347 |
| WVS 2 06-773 | Clarence Miller v. Merck & Co., Inc. | 06-10348 |
| WVS 2 06-774 | Paul Richardson v. Merck & Co., Inc. | 06-10349 |
| WVS 2 06-775 | Benjamin Johnson v. Merck & Co., Inc. | 06-10350 |
| WVS 2 06-776 | John Jones v. Merck & Co., Inc. | 06-10351 |
| WVS 2 06-777 | Shirley Dement v. Merck & Co., Inc. | 06-10352 |
| WVS 2 06-778 | Carl Kelley, Jr. v. Merck & Co., Inc. | 06-10353 |
| WVS 2 06-779 | Joseph Barker v. Merck & Co., Inc. | 06-10354 |
| WVS 2 06-780 | Carl Allen v. Merck & Co., Inc. | 06-10355 |
| WVS 2 06-781 | Ralph Randolph v. Merck & Co., Inc. | 06-10356 |
| WVS 2 06-782 | Luther Roton v. Merck & Co., Inc. | 06-10357 |
| WVS 2 06-783 | Larry Menninger v. Merck & Co., Inc. | 06-10358 |
| WVS 2 06-784 | Maggie Maynard v. Merck & Co., Inc. | 06-10359 |
| WVS 2 06-785 | Patricia Scott v. Merck & Co., Inc. | 06-10360 |
| WVS 2 06-786 | Debra Nida, etc. v. Merck & Co., Inc. | 06-10361 |
| WVS 2 06-787 | Hersey Osborne v. Merck & Co., Inc. | 06-10362 |
| WVS 2 06-788 | Lester Smith v. Merck & Co., Inc. | 06-10363 |
| WVS 2 06-789 | Laura Lykins-Stanley v. Merck & Co., Inc. | 06-10364 |
| WVS 2 06-790 | Eva Wells v. Merck & Co., Inc. | 06-10365 |
| WVS 2 06-791 | Eveyn Wilson v. Merck & Co., Inc. | 06-10366 |
| WVS 2 06-792 | Janet Saunders v. Merck & Co., Inc. | 06-10367 |
| WVS 2 06-793 | Kelli Hall, etc. v. Merck & Co., Inc. | 06-10368 |
| WVS 2 06-794 | Christine Howard v. Merck & Co., Inc. | 06-10369 |
| WVS 2 06-795 | Barbara Cottrell v. Merck & Co., Inc. | 06-10370 |
| WVS 2 06-796 | Kenneth Jarvis v. Merck & Co., Inc. | 06-10371 |
| WVS 2 06-797 | Ellen Hudson v. Merck & Co., Inc. | 06-10372 |
| WVS 2 06-798 | Watiman Davis v. Merck & Co., Inc. | 06-10373 |
| WVS 2 06-799 | Okey Wiley, etc. v. Merck & Co., Inc. | 06-10374 |
| WVS 2 06-800 | Shawn Engle v. Merck & Co., Inc. | 06-10375 |
| WVS 2 06-801 | Billy Cook v. Merck & Co., Inc. | 06-10376 |
| WVS 2 06-802 | Michael Coughenour v. Merck & Co., Inc. | 06-10377 |
| WVS 2 06-803 | Thomas Thompson v. Merck & Co., Inc. | 06-10378 |
| WVS 2 06-804 | James Reedy v. Merck & Co., Inc. | 06-10379 |
| WVS 2 06-805 | Frances Daniels v. Merck & Co., Inc. | 06-10380 |
| WVS 2 06-806 | Thomas Drawdy, Sr. v. Merck & Co., Inc. | 06-10381 |
| WVS 2 06-807 | Mamie Rall v. Merck & Co., Inc. | 06-10382 |
| WVS 2 06-808 | Roger Barker v. Merck & Co., Inc. | 06-10383 |
| WVS 2 06-809 | Darrell Barnette v. Merck & Co., Inc. | 06-10384 |
| WVS 2 06-810 | Donnie Canterbury v. Merck & Co., Inc. | 06-10385 |
| WVS 2 06-811 | Dennis Cook v. Merck & Co., Inc. | 06-10386 |
| WVS 2 06-812 | Arlene Cooke v. Merck & Co., Inc. | 06-10387 |
| WVS 2 06-813 | Paul Hudgins v. Merck & Co., Inc. | 06-10388 |
| WVS 2 06-814 | Addie May v. Merck & Co., Inc. | 06-10389 |
| WVS 2 06-815 | Lorene Baldwin v. Merck & Co., Inc. | 06-10390 |
| WVS 2 06-816 | Rosaline Barber v. Merck & Co., Inc. | 06-10391 |
| WVS 3 06-817 | Otis Hively v. Merck & Co., Inc. | 06-10392 |
| WVS 3 06-818 | Donna Wright v. Merck & Co., Inc. | 06-10393 |
| WVS 3 06-819 | Cassandra Byrd v. Merck & Co., Inc., et al. | 06-10394 |
| WVS 3 06-820 | Sherry Bailey v. Merck & Co., Inc. | 06-10395 |
| WVS 3 06-821 | Mary Neal v. Merck & Co., Inc. | |

SCHEDULE CTO-71 - TAG-ALONG ACTIONS (MDL-1657)                        Page 10 of 10
                                                                          EDLA
                                                                       SEC.  L/3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| WVS 3 06-822 | Clarence Stroud v. Merck & Co., Inc. | 06-10396 |
| WVS 3 06-823 | Laura Childs v. Merck & Co., Inc. | 06-10397 |
| WVS 3 06-824 | Patrick Cummings v. Merck & Co., Inc. | 06-10398 |
| WVS 3 06-825 | Robert Hatfield v. Merck & Co. Inc. | 06-10399 |
| WVS 3 06-826 | Betty Bell v. Merck & Co., Inc. | 06-10400 |
| WVS 3 06-827 | Mose Block v. Merck & Co., Inc. | 06-10401 |
| WVS 3 06-843 | Charles M. Petro, et al. v. Merck & Co., Inc. | 06-10402 |
| WVS 5 06-751 | Walter Herman Taylor, et al. v. Merck & Co., Inc. | 06-10403 |
| WVS 5 06-752 | Janice O. Gunnoe, et al. v. Merck & Co., Inc. | 06-10404 |
| WVS 5 06-762 | Larry Cline v. Merck & Co., Inc. | 06-10405 |
| WVS 5 06-828 | Susan Canterbury v. Merck & Co., Inc. | 06-10406 |
| WVS 5 06-829 | John Dickens v. Merck & Co., Inc. | 06-10407 |
| WVS 5 06-830 | Gloria Duncan v. Merck & Co., Inc. | 06-10408 |
| WVS 5 06-831 | Nellie Redden v. Merck & Co., Inc. | 06-10409 |
| WVS 5 06-832 | Desiree McEachern v. Merck & Co., Inc. | 06-10410 |
| WVS 5 06-833 | Martin Sargent v. Merck & Co., Inc. | 06-10411 |
| WVS 5 06-834 | Patricia Rivers v. Merck & Co., Inc. | 06-10412 |
| WVS 5 06-835 | Norman Kelly v. Merck & Co., Inc. | 06-10413 |
| WVS 5 06-836 | Thomas Cooper v. Merck & Co., Inc. | 06-10414 |
| WVS 5 06-837 | Fredrieck Carter, Sr. v. Merck & Co., Inc. | 06-10415 |
| WVS 5 06-838 | Olivia Burger v. Merck & Co., Inc. | 06-10416 |
| WVS 6 06-839 | Sandra Welch v. Merck & Co., Inc. | 06-10417 |
| WVS 6 06-840 | Rodney Dailey v. Merck & Co., Inc. | 06-10418 |
| WVS 6 06-841 | Mikyl Hines v. Merck & Co., Inc. | 06-10419 |